Chambers of
DAVID S. TATEL
UNITED STATES CIRCUIT JUDGE



Telephone: (202) 216-7466
Facsimile: (202) 208-1922

July 22, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

This letter is in response to your letter of July 6, 2004 requesting additional information regarding my 2003 annual financial disclosure report.

My specific responses are as follows:

- Part VII, page 3, lines 40-42, 47, and 48, no income was earned from the assets listed during the reporting period.

- Part VII, page 3, line 46- there was a partial sale of the position in ISHARES Lehman MSCI Spain. The value of the entire remaining position as of the end of the reporting period is indicated on line 43.

Please do not hesitate to contact me again if you require further clarification of these items.



David S. Tatel

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tatel, David S | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>5/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>3818 Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 11 10 47 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tatel, David S | 5/8/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Self-Employed (education consultant) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 3/20-24 — Airfare and cabs for my███ and me to attend Executive Committee meeting. |
| 2. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 7/24-25 — Airfare, rental car, and cabs for my ███ and me to attend Board Retreat. |
| 3. | New York University School of Law, New York, NY | 10/27 — Train fare, cabs, parking, and meals for me (accompanied by my ███) to deliver the James Madison Lecture. |
| 4. | Carnegie Foundation for the Advancement of Teaching, Menlo Park, CA | 11/13-14 — cabs for me to attend Board Meeting. |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 6

Name of Person Reporting
Tatel, David S

Date of Report
5/8/2004

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Chevy Chase Bank | A | Interest | J | T | | | | | |
| 2. SEI Daily Income Prime Obligation Cl. B | A | Dividend | L | T | | | | | |
| 3. Federal Farm Credit Bank Med Term Note dtd 10/2/98 5% | B | Interest | | | Redeemed | 10/2 | K | | |
| 4. Federal Home Loan Bank 5.125% due 9/15/03 | C | Interest | | | Redeemed | 9/15 | K | | |
| 5. Prince Georges Cnty MD Cns Pub Impt MBIA dtd 1/15/94 4.4% | A | Interest | | | Redeemed | 3/15 | K | A | |
| 6. Oklahoma St. Inds Auth Rev Baptist Med Ctr dtd 6/1/78 7 | A | Interest | | | Redeemed | 7/1 | J | | |
| 7. Everett Wash Wtr & Swr Rev dtd 8/1/80 8.5% | B | Interest | K | T | | | | | |
| 8. Michigan St Hosp Detroit Med Ctr dtd 12/1/93 4.8% | B | Interest | K | T | | | | | |
| 9. PG MD Indl Dev Upper Marlboro Justice Ctr 2/1/93 5.3% | A | Interest | | | Redeemed | 9/11 | K | A | |
| 10. Maryland Hlth & Hghr Edl Fac Auth U. MD Med 1/1/93 5.3% | B | Interest | K | T | | | | | |
| 11. Anne Arundel Cnty MD Cons Genl Impt dtd 7/15/93 4.9% | A | Interest | | | Redeemed | 7/15 | K | A | |
| 12. Maryland St Dept Transn Cons Transn Rev dtd 9/15/94 5% | B | Interest | K | T | | | | | |
| 13. Baltimore Cnty Met Dist 65th Issue dtd 11/1/93 4.5% | B | Interest | | | Redeemed | 8/1 | K | | |
| 14. MD State St & Loc Fac LN First Ser dtd 2/1/93 5.4% | A | Interest | | | Redeemed | 2/3 | K | A | |
| 15. MD St Tspin Au Spl Oblig BWI Intl Arpt dtd 10/15/94 5.7% | B | Interest | K | T | | | | | |
| 16. Saint Petersburg Fla Excise Tax Rev dtd 10/1/93 4.8% | B | Interest | | | Redeemed | 10/9 | K | A | |
| 17. Howard Co MD Cons Pub Imp Ser A dtd 7/1/94 5.2% | A | Interest | | | Redeemed | 5/15 | K | | |
| 18. Charles Cnty MD Cons Pub Impt GO dtd 2/15/96 5% | B | Interest | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Honolulu Hawaii City & Cnty dtd 9/1/96 6% | B | Interest | K | T | | | | | |
| 20. Snohomish Cnty Wash Pub Hosp Dist dtd 11/1/93 4.9% | B | Interest | | | Redeemed | 12/1 | K | | |
| 21. Maryland St G/O St & Loc FACS 2nd Ser dtd 6/1/93 5.1% | A | Interest | | | Redeemed | 4/15 | K | A | |
| 22. Baltimore MD Cons Pub Impt Ser C dtd 7/1/93 5.2% | C | Interest | | | Redeemed | 10/15 | K | | |
| 23. Starbucks Corp. | | None | K | T | | | | | |
| 24. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 25. Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 26. Avalonbay Communities | B | Dividend | K | T | | | | | |
| 27. NASDAQ 100 Trust Ser 1 | A | Dividend | J | T | | | | | |
| 28. Poore Brothers, Inc. | | None | J | T | | | | | |
| 29. St. Joe Company | A | Dividend | K | T | | | | | |
| 30. Archstone-Smith Trust | B | Dividend | K | T | | | | | |
| 31. New Germany Fund | A | Dividend | J | T | | | | | |
| 32. Ishares MSCI Singapore (Free) Index Fund | A | Dividend | J | T | Addl. Purch. | 10/17 | J | | |
| 33. Calvert Group Tax-Free Money Market Fund | A | Dividend | J | T | | | | | |
| 34. Harford Cnty MD 4.25% 1/15/09 | B | Interest | K | T | | | | | |
| 35. Western Fin Bk CD 2.05% 10/9/03 | A | Interest | | | Redeemed | 10/9 | K | | |
| 36. Canada-Gov't 3.5% due 6/1/04 | B | Interest | L | T | Buy | 1/31 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. American Century Global Gold Fund | A | Dividend | K | T | Buy | 6/18 | J | | |
| 38. See Line 37 | | | | | Addl. Purch. | 6/27 | J | | |
| 39. ISHARES Russell 2000 | A | Dividend | K | T | Buy | 4/30 | K | | |
| 40. ISHARES S&P Europe 350 | | | K | T | Buy | 10/20 | K | | |
| 41. Gold Bank CD 1.6% due 5/6/04 | | | K | T | Buy | 5/6 | K | | |
| 42. New Zealand Govt. 6.5% due 2/15/05 | | | L | T | Buy | 9/23 | L | | |
| 43. ISHARES Lehman 1-3yr Treasury Bond | A | Dividend | M | T | Buy | 9/4 | K | | |
| 44. See Line 43 | | | | | Buy | 10/17 | L | | |
| 45. See Line 43 | | | | | Buy | 10/20 | K | | |
| 46. See Line 43 | | | | | Partial Sell | 12/23 | K | | |
| 47. ISHARES MSCI Spain | | | K | T | Buy | 4/30 | K | | |
| 48. T. Rowe Price New Asia Fund #39 | | | K | T | Buy | 12/18 | K | | |
| 49. Simplified Employee Pension Plan (SEP-IRA) | A | Dividend | L | T | | | | | |
| 50. --Salomon Brothers Fund, Inc. | | | | | Sold | 12/22 | J | A | |
| 51. --Adams Express Co. | | | | | | | | | |
| 52. --Intl Bank for Recon & Dev Zero Coupon Ser 2 | | | | | Redeemed | 2/21 | K | | |
| 53. --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 54. --St. Joe Company | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --ISHARES S&P Europe 350 | | | | | Buy | 12/22 | J | | |
| 56. --New Zealand Govt. 6.5% due 2/15/05 | | | | | Buy | 4/30 | J | | |
| 57. --ISHARES MSCI Spain | | | | | Buy | 9/4 | J | | |
| 58. Individual Retirement Account | E | Dividend | P1 | T | | | | | |
| 59. See Item.58 | E | Interest | | | | | | | |
| 60. --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 61. --US Treasury Note dtd 1/17/01 due 1/31/03 4.75% | | | | | Redeemed | 1/31 | K | | |
| 62. --US Treasury Note dtd 3/21/01 due 3/31/03 4.25% | | | | | Redeemed | 3/31 | L | | |
| 63. --Federal Home Loan Bank due 8/15/03 4.125% | | | | | Redeemed | 8/15 | K | | |
| 64. --Avalonbay Communities Inc. | | | | | | | | | |
| 65. --Royce Value Trust, Inc. | | | | | Addl. Purch. | 3/14 | J | | |
| 66. --See Line 65 | | | | | Addl. Purch. | 3/25 | J | | |
| 67. --See Line 65 | | | | | Addl. Purch. | 6/24 | J | | |
| 68. --Adams Express Co. | | | | | | | | | |
| 69. --Aberdeen Australia Equity Fund, Inc. | | | | | | | | | |
| 70. --Standard & Poors Midcap 400 | | | | | | | | | |
| 71. --Cohen & Steers Total Return Realty Fund, Inc. | | | | | | | | | |
| 72. --Franklin Capital Growth Fund | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. --Franklin Equity Income Fund | | | | | | | | | |
| 74. --Ishares MSCI Canada Index Fund, Inc. | | | | | Addl. Purch. | 1/31 | J | | |
| 75. --T. Rowe Price Growth & Income Fund, Inc. | | | | | | | | | |
| 76. --T. Rowe Price Equity Income Fund, Inc. | | | | | Addl. Purch. | 4/28 | K | | |
| 77. --T. Rowe Price Small Cap Stock Fund | | | | | | | | | |
| 78. --T. Rowe Price International Stock Fund | | | | | | | | | |
| 79. --Third Avenue Value Fund, Inc. | | | | | | | | | |
| 80. --Catellus Development Corp. | | | | | Addl. Purch. | 12/18 | J | | |
| 81. --St. Joe Co. | | | | | | | | | |
| 82. --Imperial Oil Ltd. | | | | | | | | | |
| 83. --FHLB 3.125% 11/14/03 | | | | | Redeemed | 11/14 | M | | |
| 84. --FFCB 3.55% 5/25/04 | | | | | | | | | |
| 85. --Western Fin Bk CD 2.05% 10/9/03 | | | | | Redeemed | 10/9 | L | | |
| 86. --T. Rowe Price Growth Stock Fund | | | | | Sold | 2/27 | K | | |
| 87. --Provident Bk CD 2.4% 11/29/04 | | | | | | | | | |
| 88. --Provident Bk CD 2.00% 12/31/03 | | | | | Redeemed | 12/31 | L | | |
| 89. --Canada Govt. 3.5% due 6/1/04 | | | | | Buy | 1/31 | K | | |
| 90. --American Century Global Gold Fund | | | | | Buy | 6/18 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. --Health Care Select SPDR | | | | | Buy | 10/17 | K | | |
| 92. --FHLMC MTN 3.25% due 11/15/09 | | | | | Buy | 11/20 | L | | |
| 93. --ISHARES Lehman 1-3 yr. Treasury Bond | | | | | Buy | 9/4 | L | | |
| 94. --See Line 93 | | | | | Addl. Purch. | 10/17 | L | | |
| 95. --See Line 93 | | | | | Addl. Purch. | 11/20 | L | | |
| 96. --Beal Bank CD 1.65% due 12/29/04 | | | | | Buy | 12/31 | L | | |
| 97. --New Zealand Govt. 6.5% due 2/15/05 | | | | | Buy | 4/30 | L | | |
| 98. Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 99. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII-

American Century Global Growth Fund- 6/18 purchased 1,048.218 shares
6/27 purchased 1,106.195 shares

ISHARES Lehman 1-3 yr. Treasury Bond-    9/4  Purchased 600 shares
10/17 Purchased 700 shares
10/20 Purchased 600 shares
12/29 Sold 600 shares

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  5/7/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544